UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| KENNETH D. SAVINO ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-01284 |
| ) | |
| COLLEEN KERWICK SAVINO ) | |
| ) | SEPTEMBER 30, 2013 |
| Defendant ) | AFFIDAVIT OF FEES |

### AFFIDAVIT OF COUNSEL FEES

I, Campbell D. Barrett, being duly sworn, depose and say as follows:

1. That I am over the age of eighteen, believe in the obligation of an oath, and make the following affidavit:

2. Budlong & Barrett, LLC represents the plaintiff in this matter.

3. As set forth in the attached billing statement, as of September 25, 2013, as a direct result of the defendant's notice of removal, Budlong & Barrett personnel expended 13.7 total hours of time for a total of four thousand five hundred and fifteen dollars ($4,515). Attorney and Law Clerk time is as follows:

| | | |
|---|---|---|
| Attorney C. Michael Budlong | 1.6 hours at $425 per hour | $ 680 |
| Attorney Campbell D. Barrett | .8 hours at $350 per hour | $ 280 |
| Attorney Jon T. Kukucka | 10.7 hours at $300 per hour | $3,210 |
| Attorney Felicia C. Hunt | .6 hours at $300 per hour | $180 |
| Law Clerk | 1.1 hours at $150 per hour | $165 |

4. The time billed by attorneys and law clerks at Budlong & Barrett, LLC is a true and accurate representation of the hours worked.

Dated at Hartford, Connecticut this 30th day of September, 2013.

_____
Campbell D. Barrett

1

STATE OF CONNECTICUT)
                              ) ss.  Hartford     September 30, 2013
COUNTY OF HARTFORD  )

Subscribed and sworn to before me on this 30th day of September, 2013.

_____
Sharon A. Horbal
My Commission Expires  5-31-17

**BUDLONG & BARRETT LLC**
Attorneys At Law
93 Oak Street
Hartford, Connecticut 06106
(860) 727-9900

Page: 1
September 30, 2013

Kenneth D. Savino
64 Brian Lane
Avon CT 06001

Client No.: 6449-02M
Statement No.: 31319

Federal Court Proceedings - Removal /Remand

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/03/2013 | JTK | Conference with CDB ; Federal litigation | 0.20 |
| 09/04/2013 | JTK | Review of PACER material | 0.30 |
| | JTK | Conference with CDB ; Federal Proceedings<br>Legal research ; stay of State court proceedings | 3.50 |
| | FCH | Conference with CDB, JTK and LED<br>Federal court proceedings | 0.30 |
| | JTK | Receipt and review of amended answers and exhibits<br>Conference with CDB | 0.40 |
| | CMB | Review of Federal lawsuit; Federal removal<br>Legal research<br>Letter from Attorney Kukucka<br>Conference with client , CDB and JTK | 1.50 |
| 09/10/2013 | CMB | Receipt and review of email to Ms Kerwick ; amend answer | 0.10 |
| | JTK | Telephone conference with client ; Federal action | 0.30 |
| | JTK | Draft of Motion to remand<br>Legal research ; remand to State court | 2.00 |
| | LAW | Legal research re: Federal PACER website<br>Print and review of opposing party amended answer and 17 attached exhibits<br>Conference with CDB and JTK<br>Google image search | 1.10 |
| 09/13/2013 | CDB | Receipt and review of objection | 0.40 |
| | JTK | Complete Motion to remand to Status conference | 4.00 |

Case 3:13-cv-01284-MPS   Document 21   Filed 10/08/13   Page 4 of 5

Kenneth D. Savino
Page: 2
September 30, 2013
Client No.: 6449-02M
Statement No.: 31319

Federal Court Proceedings - Removal /Remand

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 09/16/2013 | CDB | Receipt and review of Kerwick filing Conference with JTK |  | 0.40 |  |
|  | JTK | Receipt and review of Kerwick pleadings |  | 0.30 |  |
|  |  | FOR CURRENT SERVICES RENDERED |  | 14.80 | 4,515.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| C. Michael Budlong | 1.60 | $425.00 | $680.00 |
| Campbell D. Barrett | 0.80 | 350.00 | 280.00 |
| Jon T. Kukucka | 11.00 | 300.00 | 3,300.00 |
| Felicia C. Hunt | 0.30 | 300.00 | 90.00 |
| Law Clerk | 1.10 | 150.00 | 165.00 |

TOTAL CURRENT WORK　　　　　　　　　　　　　　　　　　　　　4,515.00

**BALANCE DUE**　　　　　　　　　　　　　　　　　　　　　　　　　$4,515.00

| Fees | Expenses | Billing History Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 4,515.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Your Account Balance is　　　　　　　　　　　　　　　　　　　　　$4,515.00

A 1% FINANCE CHARGE WILL BE APPLIED TO ANY OUTSTANDING BALANCE
OVER 30 DAYS

## CERTICIFICATION

    I hereby certify that on October 8, 2013 a copy of the foregoing Affidavit of Counsel Fees was filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this tiling through the Court's CM/ECF System.

By: _____
Jon T. Kukucka (ct27379)
Budlong & Barrett, LLC
93 Oak Street
Hartford, CT  06106
Phone: (860) 727-9900
Fax: (960) 278-8109
Email: jtk@bblawfirm.com